IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Pennsylvania Democratic Party :
and Emilio A. Vazquez, :
                         Petitioners :
                                    :
                    v. :
                                      :
The Pennsylvania Department of State, :
The Hon. Pedro A. Cortes, and Jonathan :
Marks, : No. 80 M.D. 2017
                      Respondents :

# O R D E R

AND NOW, this 18th day of May, 2017, upon consideration of Respondents', the Pennsylvania Department of State, The Honorable Pedro A. Cortes, and Jonathan Marks, application requesting designation of the Memorandum and Order as a published opinion, it is ORDERED pursuant to 210 Pa. Code § 69.412(c) that the above-captioned Memorandum and Order filed March 3, 2017 shall be designated OPINION rather than MEMORANDUM AND ORDER, and it shall be reported.

                                  _____

                                  ANNE E. COVEY, Judge